# EXHIBIT B

**Infringement Claim Chart for US8534551B2 v. Meijer Inc. ("Defendant")**

| Claims | Evidence |
|---|---|
| 1. A method for issuing a purchase transaction receipt over a network, the method comprising: | The defendant's product Meijer mobile app practices a method of issuing a digital receipt for a purchase transaction (i.e. purchase transaction receipt over a network) automatically upon completion of the sale.<br><br><br><br>Source: https://www.youtube.com/watch?v=YssRs5tJ4MM<br><br><br><br>Source: https://www.meijer.com/mperks/about.html |

1



## track every penny you save and review your purchases and savings anytime

Get a full picture of all your savings at a glance. View mPerks rewards, exclusives and coupons, plus paper coupons and weekly specials.

Each time you use mPerks at checkout, your shopping receipts will be added to your mPerks account automatically. You can even go paperless and skip the printed receipt at checkout.

Review your savings, items and prices from past purchases – just like you would on a paper receipt. You'll never lose your receipt again.

Source: https://www.meijer.com/mperks/about.html

2

## How do I sign up to receive Digital Receipts from Meijer?

To receive Digital Receipts, you must be an mPerks member. As an mPerks member you are automatically enrolled in Digital Receipts. You can even make the choice to go paperless and skip the printed receipt at checkout.

If you do not yet have an mPerks account, we invite you to sign up by following the prompts on the mPerks homepage. Once your account has been activated, you will be enrolled in Digital Receipts.

**Can I opt in to receive Digital Receipts** without having an mPerks account?
No, you must be an mPerks member in order to participate in our Digital Receipts program.

**Do I need to enter my mPerks number at checkout to receive my Digital Receipts?**
Yes, you will need to enter your mPerks number and PIN at checkout in order to receive your Digital Receipts.

Source:
https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBzOTNnNG1TaUUx6YVRQQndUUVo1ZlMxNjhoQmEwRlJVbnlpJTdFZWxhRUZFVVRKSzNKNkkveeEVaRVgwb1lMd2tJNmRwWT0VheHRCRjdXJTdFYkp3JTlxJTlx

## Can I have a copy of my Digital Receipts emailed to me?

Yes, if you would like to receive a copy of your Digital Receipts by email, please visit "Your Account" settings on mperks.com and check the "Email Digital Receipts" box.

Source:
https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBzOTNnNG1TaUUx6YVRQQndUUVo1ZlMxNjhoQmEwRlJVbnlpJTdFZWxhRUZFVVRKSzNKNkkveeEVaRVgwb1lMd2tJNmRwWT0VheHRCRjdXJTdFYkp3JTlxJTlx

3

| receiving, by at least one server in communication with the network, a registration request to receive digital receipts in association with a first credit card account; | The defendant's product Meijer mobile app practices a method of issuing a digital receipt for a purchase transaction over an electronic network and receives by at least one server in communication with the network, a registration request to receive digital receipts in association with a first credit card account.

For example, the Meijer mobile app includes a server in communication with a network (e.g., Defendant's server).  The server receives a registration request to receive digital receipts in associated with a first credit card account (e.g., The registration takes place through the Meijer mobile app connected to a server, when a customer inputs their mPerks ID along with their personal information).

**How do I sign up to receive Digital Receipts from Meijer?**
To receive Digital Receipts, you must be an mPerks member. As an mPerks member you are automatically enrolled in Digital Receipts. You can even make the choice to **go paperless** and skip the printed...

Source: https://help.meijer.com/app/answers/list/kw/go%20paperless/page/1

**How do I sign up to receive Digital Receipts from Meijer?**

To receive Digital Receipts, you must be an mPerks member. As an mPerks member you are automatically enrolled in Digital Receipts. You can even make the choice to go paperless and skip the printed receipt at checkout.

If you do not yet have an mPerks account, we invite you to sign up by following the prompts on the mPerks homepage. Once your account has been activated, you will be enrolled in Digital Receipts.

**Can I opt in to receive Digital Receipts without having an mPerks account?**
No, you must be an mPerks member in order to participate in our Digital Receipts program.

**Do I need to enter my mPerks number at checkout to receive my Digital Receipts?**
Yes, you will need to enter your mPerks number and PIN at checkout in order to receive your Digital Receipts. |

Source:
https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBzOTNnNG1TaUx6YVRQQndUUVo1ZlMxNjhoQmEwRlJVbnlppJTdFZWxhRUZFVVRKSzNKNkVyeEVaRVgwwb1lMd2tJNmRwT0VheHRCRjdXTdFYkp3JTlxJTlx



Source: https://help.meijer.com/app/answers/detail/a_id/4427/kw/linking%20mcard%20to%20mperks

| | |
|---|---|
| storing, by the at least one server, at least one first customer record in a database, the at least one first customer record associating the first credit card account with a destination associated with a first customer; | The defendant's Product necessarily stores, by the at least one server, at least one first customer record in a database, the at least one first customer record associating the first credit card account with a destination associated with a first customer. (e.g., a customer's information is stored in a database in a customer record which is associated with the credit card).<br><br>**How do I sign up to receive Digital Receipts from Meijer?**<br>To receive Digital Receipts, you must be an mPerks member. As an mPerks member you are automatically enrolled in Digital Receipts. You can even make the choice to **go paperless** and skip the printed...<br><br>Source: https://help.meijer.com/app/answers/list/kw/go%20paperless/page/1<br><br>**How do I sign up to receive Digital Receipts from Meijer?**<br><br>To receive Digital Receipts, you must be an mPerks member. As an mPerks member you are automatically enrolled in Digital Receipts. You can even make the choice to go paperless and skip the printed receipt at checkout.<br><br>If you do not yet have an mPerks account, we invite you to sign up by following the prompts on the mPerks homepage. Once your account has been activated, you will be enrolled in Digital Receipts.<br><br>**Can I opt in to receive Digital Receipts** without having an mPerks account?<br>No, you must be an mPerks member in order to participate in our Digital Receipts program.<br><br>**Do I need to enter my mPerks number at checkout to receive my Digital Receipts?**<br>Yes, you will need to enter your mPerks number and PIN at checkout in order to receive your Digital Receipts.<br><br>Source: https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBzOTNnNG1TaUx6YVRQQndUVVo1ZlMxNjhoQmEwRlJVbnlpJTdFZWxhRUZFVVRKSzNKNkVyeEVaRVgwb1lMd2t2TJNmRwT0VheHRCRjdXJTdFYkp3JTlxJTlx |

## How do I link my Credit Card to my mPerks account?

You can **link** your credit card to your **mPerks** account by logging into your Meijer Account from mperks.com.

1 Click the "Sign In" button and log into your Meijer digital account.

2 Select "Your Account" from the drop-down menu under your name.

3 On the "Payment Options" tab in the Account Settings page, click "Add a new payment method" to add the credit card you want **linked** to your account.

4 Once the card is added you can **link** it to your account by opting in to **link** your card to your account.

Once activated, swiping your credit card will identify your **mPerks** account and you will no longer need to enter your ID and PIN in the lane.

Source: https://help.meijer.com/app/answers/detail/a_id/4427/kw/linking%20mcard%20to%20mperks

## Can I have a copy of my Digital Receipts emailed to me?

Yes, if you would like to receive a copy of your Digital Receipts by email, please visit "Your Account" settings on mperks.com and check the "Email Digital Receipts" box.

Source:
https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBZbnNlbmpoQmEwNGRUV6OTNnNG1TaUx6x6YVRQQndUUVo1ZlMxNjhoQmEwRlJVbnlpTdFZWxhRUZFVVRKSzNKNkVyeEVaaRVgwb1lMd2tJNmRwT0VheHHRCRjdXJTdFYkp3JTIxJTlx

7

| | |
|---|---|
| receiving, at the at least one server from a point-of-sale terminal, information identifying the first credit card account and information about a transaction; | The Product receives at the at least one server from a point-of-sale terminal, information identifying the first credit card account and information about a transaction.  (e.g., at the time of purchase, the customer swipes their payment card in a credit card reader at the Point-of-Sale system, which transmits, to the server, the credit card information identifying the credit card account along with purchase information such as items purchased).

## How do I link my Credit Card to my mPerks account?

You can **link** your credit card to your **mPerks** account by logging into your Meijer Account from mperks.com.

  1 Click the "Sign In" button and log into your Meijer digital account.

  2 Select "Your Account" from the drop-down menu under your name.

  3 On the "Payment Options" tab in the Account Settings page, click "Add a new payment method" to add the credit card you want **linked** to your account.

  4 Once the card is added you can **link** it to your account by opting in to **link** your card to your account.

Once activated, swiping your credit card will identify your **mPerks** account and you will no longer need to enter your ID and PIN in the lane.

Source: https://help.meijer.com/app/answers/detail/a_id/4427/kw/linking%20mcard%20to%20mperks |

| | |
|---|---|
| | **How can I find my Digital Receipts?**<br><br>You can access your digital receipts when you log into mperks.com or the Meijer App.<br><br>mPerks.com:<br>   - Select 'Receipts and Savings'<br>   - Select the icon under 'Receipt' for the transaction you want to view<br><br>Meijer App:<br>   - Select '(Month/Year) Savings'<br>   - Tap the transaction you want to view<br><br>Source:<br>https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBzOTNnNG1TaUx6YVRQQndUUVVo1ZlMxNjhoQmEwRlJVbnlpJTdFZWxhRUZFVVRKSzNKNkVyeEVaRVRVgwb1lMd2tJNmRwT0VheHRCRjdXJTdFYkp3JTIxJTlx |
| retrieving, by the at least one server, the at least one first customer record from the database based on the information identifying the first credit card account; | The Product retrieves, by the at least one server, the at least one first customer record from the database based on the information identifying the first credit card account. (e.g., the customer's detail is retrieved based on the credit card information provided by the credit card reader). |

## How do I link my Credit Card to my mPerks account?

You can **link** your credit card to your **mPerks** account by logging into your Meijer Account from mperks.com.

1 Click the "Sign In" button and log into your Meijer digital account.

2 Select "Your Account" from the drop-down menu under your name.

3 On the "Payment Options" tab in the Account Settings page, click "Add a new payment method" to add the credit card you want **linked** to your account.

4 Once the card is added you can **link** it to your account by opting in to **link** your card to your account.

Once activated, swiping your credit card will identify your **mPerks** account and you will no longer need to enter your ID and PIN in the lane.

Source: https://help.meijer.com/app/answers/detail/a_id/4427/kw/linking%20mcard%20to%20mperks

| | |
|---|---|
| initiating a charge of an amount of the transaction to the first credit card account; and | The Product initiates a charge of an amount of the transaction to the first credit card account (e.g., the system, through the POS, charges the transaction amount to the customer's credit card).<br><br>**How do I link my Credit Card to my mPerks account?**<br><br>You can **link** your credit card to your **mPerks** account by logging into your Meijer Account from mperks.com.<br><br>1 Click the "Sign In" button and log into your Meijer digital account.<br><br>2 Select "Your Account" from the drop-down menu under your name.<br><br>3 On the "Payment Options" tab in the Account Settings page, click "Add a new payment method" to add the credit card you want **linked** to your account.<br><br>4 Once the card is added you can **link** it to your account by opting in to **link** your card to your account.<br><br>Once activated, swiping your credit card will identify your **mPerks** account and you will no longer need to enter your ID and PIN in the lane.<br><br>Source: https://help.meijer.com/app/answers/detail/a_id/4427/kw/linking%20mcard%20to%20mperks |

| Automatically transmitting a digital receipt for the transaction to the destination associated with the first customer without input from the first customer. | The defendant's product Meijer mobile app automatically transmits a digital receipt for the transaction to the destination associated with the first customer without input from the first customer (e.g., when a customer who has opted to receive digital receipt after the completion of a transaction, a digital receipt is automatically emailed to them). <br><br>  <br><br> Source: https://www.youtube.com/watch?v=YssRs5tJ4MM <br><br>  <br><br> Source: https://www.meijer.com/mperks/about.html |



## track every penny you save and review your purchases and savings anytime

Get a full picture of all your savings at a glance. View mPerks rewards, exclusives and coupons, plus paper coupons and weekly specials.

Each time you use mPerks at checkout, your shopping receipts will be added to your mPerks account automatically. You can even go paperless and skip the printed receipt at checkout.

Review your savings, items and prices from past purchases – just like you would on a paper receipt. You'll never lose your receipt again.

Source: https://www.meijer.com/mperks/about.html

13

**How do I sign up to receive Digital Receipts from Meijer?**

To receive Digital Receipts, you must be an mPerks member. As an mPerks member you are automatically enrolled in Digital Receipts. You can even make the choice to go paperless and skip the printed receipt at checkout.

If you do not yet have an mPerks account, we invite you to sign up by following the prompts on the mPerks homepage. Once your account has been activated, you will be enrolled in Digital Receipts.

**Can I opt in to receive Digital Receipts without having an mPerks account?**
No, you must be an mPerks member in order to participate in our Digital Receipts program.

**Do I need to enter my mPerks number at checkout to receive my Digital Receipts?**
Yes, you will need to enter your mPerks number and PIN at checkout in order to receive your Digital Receipts.

Source:
https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBzOTNnNG1TaUUx6YVRQQndUUVo1ZlMxNjhoQmEwRlJVbnlpJTdFZWxhRUZFVVRKSzNKNkVyeeEVaRVgwb1lMd2tJNmRwdT0VheHRCRjdXJTdFYkp3JTlxJTlx

**Can I have a copy of my Digital Receipts emailed to me?**
Yes, if you would like to receive a copy of your Digital Receipts by email, please visit "Your Account" settings on mperks.com and check the "Email Digital Receipts" box.

Source:
https://help.meijer.com/app/answers/detail/a_id/5141/related/1/session/L2F2LzEvdGltZS8xNTYwOTI0OTY5L3NpZC9mVXdvU1VfZmRwc3czYlczMHVaSHVveW9xZUdFYjVvNXNLOVhNeUUzaXBzOTNnNG1TaUUx6YVRQQndUUVo1ZlMxNjhoQmEwRlJVbnlpJTdFZWxhRUZFVVRKSzNKNkVyeeEVaRVgwb1lMd2tJNmRwdT0VheHRCRjdXJTdFYkp3JTlxJTlx